IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LEEROSS BENAVIDEZ,**

    **Plaintiff,**

v.                                                    No. 1:21-cv-0320-JHR/SCY

**DORIS ANDRUS-MAXWELL**
a/k/a **DORIS MAXWELL,**

    **Defendant.**

## JUDGMENT

The Court hereby enters judgment in this matter. Having entered an Order of Dismissal for Failure to Substitute Party [Doc. 57] concurrently herewith,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment in favor of Defendant is entered and that Plaintiff's claims are hereby **DISMISSED**.

**IT IS SO ORDERED.**

_____
JERRY H. RITTER
U. S. Magistrate Judge